```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

**CHARLES I. GARRETT**                                          **PLAINTIFF**

      v.          Civil No. 08-05078

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**                              **DEFENDANT**

### J U D G M E N T

NOW on this 2nd day of July 2009, comes on for consideration the **Report and Recommendation** issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas (document #10), and Plaintiff Charles Garrett's objections thereto (document #11).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Commissioner; and dismisses Plaintiff's complaint with prejudice.

**IT IS SO ORDERED.**

                                             **/s/ Jimm Larry Hendren**
                                             **JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**